KNOWLES, M.J.
SEPTEMBER 10, 2009
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK COOK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3393** |
| **SOUTHEASTERN LOUISIANA UNIVERSITY** | **SECTION "B" (3)** |

## O R D E R

One of the parties to this proceeding does not wish to consent to trial before the Magistrate Judge under 28 U.S.C. §636(c).

Accordingly, the matter is hereby returned to the docket of the District Judge for the scheduling of a preliminary conference and the selection of pre-trial and trial dates.

IT IS FURTHER ORDERED that the preliminary conference set on September 17, 2009 at 2:15 p.m. in this case is hereby CANCELLED and counsel need not appear.

                                                  **DANIEL E. KNOWLES, III**
                                                  **UNITED STATES MAGISTRATE JUDGE**

**Clerk of Notify:**
Hon. Ivan L.R. Lemelle
U.S. District Judge